UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

EVAN BASKERVILLE,

                                  Plaintiff,

            -against-

CITY OF NEW YORK, et al.,

                              Defendants.

-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14 cv 5572 (SJ) (VMS)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2016

LEVENTHAL LAW GROUP
*Attorneys for Plaintiff*
45 Main Street, Suite 230
Brooklyn, New York 11201

By: _____
Jason Leventhal
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants City of New York and DaSilva*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Elissa Jacobs
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. STERLING JOHNSON
UNITED STATES DISTRICT

Dated: _____, 2016